UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-sc-02457 (JRT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CARRIE CREMIN AND SUSANNE POLZIN,<br><br>Plaintiffs,<br><br>v.<br><br>TAREEN DERMATOLOGY, P.A., DR. MOHIBA TAREEN, AND DR. BASIR TAREEN,<br><br>Defendants. | **FILED UNDER SEAL** |

### THE GOVERNMENT'S NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT AND REQUEST FOR LIFTING OF THE SEAL

The United States, Relators, and Defendants have reached a settlement agreement to resolve Relators' claims on behalf of the United States set forth in Counts I, II, and III of the amended complaint in this action. In light of this agreement, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in this action for the purposes of settlement of these claims.

Upon Defendants' satisfaction of the payment required by the Settlement Agreement, which is due by June 14, 2024, the parties will file a Stipulation of Dismissal of this matter under Fed. R. Civ. P. 41 of all claims in the Complaint.

The United States hereby requests that the Court unseal the Relator's amended

complaint, this Notice, and all filings after this Notice.  The United States respectfully requests that all other filings in this matter remain under seal and not be made public (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period and any orders previously entered in this matter).  A proposed unsealing order accompanies this Notice.

Dated: June 4, 2024                              Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/ Kristen E. Rau*

BY:  KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 759-3180
Email: Kristen.Rau@usdoj.gov