UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-cv-02457 (JRT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CARRIE CREMIN AND SUSANNE POLZIN, <br><br> Plaintiffs, <br><br> v. <br><br> TAREEN DERMATOLOGY, P.A., DR. MOHIBA TAREEN, AND DR. BASIR TAREEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and the False Claims Act, 31 U.S.C. § 3730(b)(1), and subject to the terms of the parties' Settlement Agreement, the Relator, the United States, and the Defendants, through their undersigned counsel, hereby stipulate to the entry of an order dismissing the Civil Action with prejudice as to Relator's claims on behalf of the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, and the Minnesota False Claims Act, Minn. Stat. § 15C.02(a), with prejudice as to the United States with respect to the Covered Conduct in the parties' Settlement Agreement, and otherwise without prejudice a]s to the United States.  This Joint Stipulation of Dismissal does not relate to Relator's claims in connection with reasonable expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d), (h)  and Minn. Stat. § 15C.12, or to Relator Polzin's claims for relief under 31 U.S.C. § 3730(h), Minn. Stat. § 15C.145, Minn. Stat. §§ 181.931-

933, 935-936, and wrongful discharge in violation of public policy.   A proposed order accompanies this Stipulation.

Dated: June 10, 2024

| ANDREW M. LUGER<br>United States Attorney<br><br>/s/ Kristen E. Rau<br><br>BY:  KRISTEN E. RAU<br>Assistant U.S. Attorney<br>Attorney ID No. 0397907<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN  55415<br>(612) 759-3180<br>Kristen.Rau@usdoj.gov<br><br><br><br>*Counsel for the United States* | /s/ Jeff Gleason<br>Attorney ID No. 0396190<br>Robins Kaplan LLP<br>800 LaSalle Avenue #2800<br>Minneapolis, MN 55402<br>(612) 349-8562<br>JGleason@RobinsKaplan.com<br><br>/s/ Pari McGarraugh<br>Attorney ID No. 0395524<br>Fredrikson & Byron P.A.<br>60 South Sixth Street #1500<br>Minneapolis, MN 55402<br>(612) 492-7480<br>pmcgarraugh@fredlaw.com<br><br>*Counsel for Defendants* |
|---|---|
| /s/ Nathaniel F. Smith<br>Morgan Verkamp<br>4410 Carver Woods Drive #200<br>Cincinnati, OH 45242<br>(513) 651-4400<br>nsmith@morganverkamp.com<br><br>*Counsel for Relators* | |